**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7479**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PRESTON WEST,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Frederic N. Smalkin, District Judge. (CR-97-175)

Submitted:  January 30, 2003          Decided:  February 5, 2003

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Preston West, Appellant Pro Se.  Robert Reeves Harding, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Preston West appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion for reconsideration of an order dismissing his 28 U.S.C. § 2255 (2000) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. West, No. CR-97-175 (D. Md. July 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED